JS - 6

THOMAS O. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
California Bar Number 149883
Assistant United States Attorney
Chief, Asset Forfeiture Section
DEE R. EDGEWORTH
Special Assistant United States Attorney
California Bar Number 103302
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (909) 891-3301
    Facsimile: (909) 891-3626
    Email   dedgeworth@da.sbcounty.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | EDCV 07-00720 VAP (OPx) |
|     Plaintiff, | |
|     v. | **CONSENT JUDGMENT OF FORFEITURE** |
| $16,620.00 IN U.S. CURRENCY; $41,095.14 IN BANK ACCOUNT FUNDS; A 2005 LAND ROVER, RANGE ROVER HSE 4.4; A 2005 FERRARI F430 COUPE F1 AND A PANERAI LUMINOR SLYTECH WRIST WATCH, | |
|     Defendants. | |
| JEREMY ALECK, LISA PONCE | |
|     Claimants. | |

By the signatures of their attorneys hereunder, plaintiff United States of America and claimants Jeremy Aleck ("Aleck") and

Lisa Ponce ("Ponce") ask that this court enter this consent judgment as to the defendant assets subject to this forfeiture complaint.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties to this proposed consent judgment and the subject matter of this action.

2. The defendant assets to be forfeited or returned are set out immediately below. To the extent that any asset or interest is forfeited pursuant to this judgment, the United States shall dispose of such asset or interest in accordance with law.

    a. $16,620.00 in U.S. currency is hereby forfeited to the United States, and no other right, title, or interest shall exist therein.

    b. $15,000.00 of the $41,095.14 in bank account funds shall be returned to claimant Jeremy Aleck and his attorney Ronald Richards, Esq., by check payable to the Law Offices of Ronald Richards & Associates and shall be mailed to P.O. Box 11480, Beverly Hills, California 90213. The balance of the res consisting of $26,095.14 is hereby forfeited to the United States, and no other right, title or interest shall exist therein.

    c. A 2005 Land Rover, Range Rover HSE 4.4, VIN # SALMF11435A191902 is hereby forfeited to the United States and no other right, title or interest shall exist therein.

    d. A 2005 Ferrari F430 Coupe F1, VIN # ZFFEW58A650142697 is hereby forfeited to the United

                States, subject to a secured lien held by JP Morgan Chase Bank, N.A., and no other right, title or interest shall exist therein.

        e.    A Panerai Luminor Slytech wrist watch is hereby forfeited to the United States, and no other right, title or interest shall exist therein.

3.    Claimants Jeremy Aleck and Lisa Ponce hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the United States Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on his behalf, whether pursuant to 28 U.S.C. § 2465 or otherwise.

4.    Each party shall bear its own costs of litigation and attorney's fees. Each party waives its right to appeal. The parties agree that the Court's entry of this Consent Judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2).

5. The parties agree that the Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this settlement.

DATED: November 21, 2008

_____
THE HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

**Consent of the Parties to this Consent Judgment Appears on the Following Page**

**Approved as to form and content:**

DATED: _____, 2008

                          THOMAS P. O'BRIEN
                          United States Attorney
                          CHRISTINE C. EWELL
                          Assistant United States Attorney
                          Chief, Criminal Division
                          STEVEN R. WELK
                          Assistant United States Attorney
                          Chief, Asset Forfeiture Section

                          _____
                          DEE R. EDGEWORTH
                          Special Assistant United States Attorney
                          Asset Forfeiture Section

                          Attorneys for Plaintiff
                          United States of America

DATED: _____, 2008

                          _____
                          RONALD RICHARDS
                          Attorney for Claimants Jeremy Aleck and
                          Lisa Ponce

DATED: _____, 2008

                          _____
                          JEREMY ALECK
                          Claimant

DATED: _____, 2008

                          _____
                          LISA PONCE
                          Claimant